IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

UNITED STATES OF AMERICA

VS.                                              CRIMINAL NO.: 4:12-cr-117-MPM-JMV

DARRELL MOORE

## ORDER

Before the court is the Defendant's Motion for Production and Inspection of Discovery [11], filed February 13, 2014. Generally, the defendant seeks any and all discoverable material relevant to the charges brought against him. Such material includes, but is not limited to, statements, admissions, recordings, criminal records, and tangible objects relating to the case against the defendant.

The government responds that it understands its responsibilities and obligations under Rule 16 of the Federal Rules of Criminal Procedure and that it already has complied and will continue to comply with those requirements as information becomes available. Accordingly, the instant motion is hereby terminated as moot.

**SO ORDERED**, this the 4th of March, 2014.

                                                   /s/ Jane M. Virden
                                                   **UNITED STATES MAGISTRATE JUDGE**

.